UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

# JS-6

| Case No. | **EDCV 25-2135 JGB (SPx)** | Date | October 1, 2025 |
|---|---|---|---|

| Title | *Jimmie Cranmer v. Ford Motor Company, et al.* |
|---|---|

Present: The Honorable     JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order (1) GRANTING Plaintiff's Motion to Remand (Dkt. No. 10); and (2) VACATING October 20, 2025, Hearing.  (IN CHAMBERS)**

Plaintiff Jimmie Cranmer filed a Complaint in the Superior Court of California for the County of Riverside on June 16, 2025.  ("Complaint," Dkt. No. 1-2.)  Defendant Ford Motor Company ("Ford" and "Defendant") removed the action to this Court on August 13, 2025.  ("Notice of Removal," Dkt. No. 1.)  On September 9, 2025, Plaintiff filed a motion for remand, which is noticed for a hearing on October 20, 2025.  ("Motion," Dkt. No. 10.)  Pursuant to Local Rule 7-9, Defendant should have filed an opposition no later than September 29, 2025, 21 days before the hearing date.  That date has passed.

"[A]rguments to which no response is supplied are deemed conceded."  Caravan Canopy Intl, Inc. v. Home Depot U.S.A. Inc., 2021 WL 831028, at *3 (C.D. Cal. Feb. 25, 2021).  Because Defendant has failed to timely oppose Plaintiff's Motion, the Motion is deemed conceded.  As such, the Court **GRANTS** Plaintiff's Motion and **REMANDS** the case to Riverside Superior Court.  The October 20, 2025, hearing is **VACATED**.

**IT IS SO ORDERED.**